**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FILED
2008 APR -9 PM 4:17
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

| | | |
|---|---|---|
| **HARTFORD CASUALTY INSURANCE COMPANY,** Plaintiff, | § | |
| v. | § | **EP-08-CV-118-PRM** |
| **BORDER STATES TRAFFIC SUPPLY, INC. et al.,** Defendants. | § | |

**ORDER REQUIRING PLAINTIFF TO RETAIN LOCAL COUNSEL**

On this day, the Court *sua sponte* considered the above-captioned cause. The Court finds that Plaintiff Hartford Casualty Insurance Company should retain a member of the Bar of this Court who maintains an office within the El Paso Division of the Western District of Texas as co-counsel with the authority to act as attorney of record for all purposes.

Accordingly, **IT IS ORDERED** that Plaintiff Hartford Casualty Insurance Company **RETAIN** local counsel as soon as possible, but in no event later than **May 9, 2008**.

**SIGNED** this 9th day of **April, 2008**.

**PHILIP R. MARTINEZ**
**UNITED STATES DISTRICT JUDGE**